**GTPC** | **GARY TSIRELMAN P.C.**

ATTORNEYS & COUNSELORS AT LAW

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 • F: (718) 438-8883
nbowers@gtmdjd.com

| | | |
|---|---|---|
| Gary TSIRELMAN, M.D. | Stefan BELINFANTI | Douglas MACE |
| AUSTEN UGWECHES | Ilya MURAFA | Jennifer RAHEB |
| Darya KLEIN | Nicholas BOWERS | Evan POLANSKY |
| Selina CHIN | Sebastian MELO | Jung PRYJMA |
| David GOTTLIEB | Joseph PADRUCCO | |

April 3, 2025

<u>VIA THE ECF</u>:

Honorable Magistrate Judge Robert M. Levy,
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Roosevelt Road Re, Ltd., et al. v. Liakas Law P.C., et al* 25-cv-300 RML;
**Request For An Enlargement of Time**

Your Honor:

We represent Defendants Richard Apple, MD, Big Apple Pain Managemnt, PLLC, Brooklyn Medical Practice, PC, Todd Lawrence Lebson DC, North Shore Family Chiropractic, PC, Sayeedus S. Salehin, MD, Unicorn Acupunture, PC, Dekun Wang, L.Ac., (collectively, "GTPC Defendants"). We write to respectfully request an **enlargement of time (of 30 days)** pursuant to your Honor's Individual Rules (Section 2.A & 2.E) for the GTPC Defendants to answer, move or otherwise respond to the Complaint in this action from April 7, 2025 to May 7, 2025. The reason for the request is that we were recently retained and in light of our heavy workload, multiple clients and the upcoming Jewish holidays we would need some extra time to meet, confer and conduct some preliminary investigations in the within matter in order to be able to respond effectively. No prior applications for enlargement of time had been made. Plaintiffs have kindly consented to this request.

We thank the Court for its attention to this matter.

Respectfully,

*/s/Austen Ugweches, Esq.*
For Gary Tsirelman P.C.,
Attorneys For GTC Defendants,
129 Livingston, 2nd Floor
Brooklyn NY 11201
Phone: 718-438-1200.

-page 1-