UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROOSEVELT ROAD RE, LTD.; TRADESMAN PROGRAM MANAGERS, LLC; and IONIAN RE, LLC<br><br>      Plaintiffs,<br><br>  v.<br><br>LIAKAS LAW, P.C.; DEAN N. LIAKAS; JOHN DOE NOS. 1-25; XYZ CORPORATION NOS. 1-25; BROOKLYN MEDICAL PRACTICE, P.C.; SAYEEDUS S. SALEHIN, M.D.; ADVANCED ORTHOPEDICS AND JOINT PRESERVATION P.C.; STAN AVSHALUMOV, D.O.; COMMUNITY MEDICAL IMAGING OF BROOKLYN P.C.; ANDREW J. MCDONNELL, M.D.; ORTHOPAEDICS SPINE & SPORTS MEDICINE, LLC, s/d/b/a TOTAL ORTHOPAEDICS & SPORTS MEDICINE; VADIM LERMAN, D.O.; ABHISHEK KUMAR, M.D.; SHIVEINDRA JEYAMOHAN, M.D.; BIG APPLE PAIN MANAGEMENT, P.L.L.C.; RICHARD APPLE, M.D.; NORTH SHORE FAMILY CHIROPRACTIC, P.C.; TODD LAWRENCE LEBSON, D.C.; UNICORN ACUPUNCTURE, P.C.; DEKUN WANG, L.Ac; ENGLINTON MEDICAL, P.C.; SHIARREE EVARISTO, P.T.; ARKADIY SHUSTERMAN, D.O.; COUNTER POINT MEDICAL, P.C.; UPWARD MEDICAL, P.C.; MARK KOSTIN, M.D.; BROOKLYN PREMIER ORTHOPEDICS AND PAIN MANAGEMENT P.L.L.C.; FJ ORTHOPAEDICS AND PAIN MANAGEMENT P.L.L.C.; VAGMIN VORA, M.D.; JONATHAN SIMHAEE, M.D.; STEVEN HOROWITZ, M.D.; BL PAIN MANAGEMENT, P.L.L.C. d/b/a PAIN MANAGEMENT NYC; PAIN PHYSICIANS NY, P.L.L.C.; BOLESLAV KOSHARSKYY, M.D.; ROMAN SHULKIN, M.D.; LEONID REYFMAN, M.D.; MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES, P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS ORTHOPAEDIC SPECIALISTS; KENNETH McCULLOCH-OTERO, M.D.; DAVID R. CAPIOLA, M.D.; GOTHAM NEUROSURGERY, P.L.L.C.; ANDERS COHEN, D.O.; GARDEN STATE ORTHOCARE LLC, d/b/a ORTHOCARE SURGICAL; RANDALL EHRLICH, M.D.; PRECISION PAIN MANAGEMENT, P.C.; and ARI BENJAMIN LERNER M.D.,<br><br>      Defendants. | Case No. 1:25-cv-00300-ENV-RML<br><br>**DECLARATION OF SERVICE** |

**JAMES M. CATTERSON** declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1. I am a member of the Bar of this Court and a partner at Pillsbury Winthrop Shaw Pittman LLP, attorneys for Defendants Liakas Law, P.C., and Dean N. Liakas (hereinafter referred to as "Liakas Law") in this action.

2. On April 17, 2025, I caused to be served a copy of Liakas Law's Letter Motion requesting a Pre-Motion Conference (Dkt. No. 82) via overnight FedEx on the following individuals and/or entities:

   a. Abhishek Kumar, M.D. at 1789 Sheepshead Bay Rd, Brooklyn, New York 11235

   b. Ari Benjamin Lerner, M.D. at 25-15 Crescent St, Astoria, New York 11102

   c. BL Pain Management, P.L.L.C. d/b/a Pain Management NYC at 95-27 Jamaica Ave, Woodhaven, New York 11421

   d. Boleslav Kosharskyy, M.D. at 95-27 Jamaica Ave, Woodhaven, New York 11421

   e. Leonid Reyfman, M.D. at 95-27 Jamaica Ave, Woodhaven, New York 11421

   f. LR Medical, P.L.L.C. at 2279 Coney Island Ave, Ste 200, Brooklyn, New York 11223

   g. Pain Physicians NY, P.L.L.C at 2279 Coney Island Ave, Ste 200, Brooklyn, NY 11223

   h. Precision Pain Management, P.C. at 161-10 Jamaica Ave, Ste 301, Jamaica, New York 11432

   i. Roman Shulkin, M.D. at 95-27 Jamaica Ave, Woodhaven, New York 11421

   j. Shiveindra Jeyamohan, M.D. at 1789 Sheepshead Bay Rd, Brooklyn, New York 11235

   k. Vadim Lerner, D.O. at 1789 Sheepshead Bay Rd, Brooklyn, New York 11235

3. Attached hereto as **Exhibit A** are true and correct copies of the FedEx delivery confirmations, demonstrating that the FedEx packages were delivered to Abhishek Kumar, M.D., Ari Benjamin Lerner, M.D., BL Pain Management, P.L.L.C. d/b/a Pain Management NYC, Boleslav Kosharskyy, M.D., Leonid Reyfman, M.D., Precision Pain Management, P.C., Roman Shulkin, M.D., Shiveindra Jeyamohan, M.D., and Vadim Lerman, D.O. on April 18, 2025.

4. Attached hereto as **Exhibit B** are true and correct copies of the FedEx delivery confirmations, demonstrating that the FedEx packages were delivered to LR Medical, P.L.L.C., and Pain Physicians NY, P.L.L.C., on April 21, 2025.

Executed in New York, New York on April 21, 2025.

_____
James M. Catterson