UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
ROOSEVELT ROAD RE, LTD, et al.,

                    Plaintiffs,  **NOTICE OF APPEARANCE**

-against-

LIAKAS LAW, P.C., et al.,  Case No. 25-cv-00300(ENV)(RML)

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendants, Gotham Neurosurgery, P.L.L.C., Anders Cohen, D.O., Garden State Orthocare, LLC, d/b/a Orthocare Surgical, and Randall Ehrlich, M.D., in the above-entitled action, and requests that a copy of all notices and other papers be served at the address given below.

Dated: Uniondale, New York
      May 8, 2025

                    RUSKIN MOSCOU FALTISCHEK, P.C.

                    By:    ***/s/ Rachel A. Morgenstern***
                            Rachel A. Morgenstern, Esq.
                            1425 RXR Plaza
                            East Tower, 15th Floor
                            Uniondale, New York 11556
                            (516) 663-6600
                            rmorgenstern@rmfpc.com