**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROOSEVELT ROAD RE, LTD.; TRADESMAN PROGRAM MANAGERS, LLC; and IONIAN RE, LLC<br><br>    Plaintiffs,<br><br>  v.<br><br>LIAKAS LAW, P.C.; DEAN N. LIAKAS; JOHN DOE NOS. 1-25; XYZ CORPORATION NOS. 1-25; BROOKLYN MEDICAL PRACTICE, P.C.; SAYEEDUS S. SALEHIN, M.D.; ADVANCED ORTHOPEDICS AND JOINT PRESERVATION P.C.; STAN AVSHALUMOV, D.O.; COMMUNITY MEDICAL IMAGING OF BROOKLYN P.C.; ANDREW J. MCDONNELL, M.D.; ORTHOPAEDICS SPINE & SPORTS MEDICINE, LLC, s/d/b/a TOTAL ORTHOPAEDICS & SPORTS MEDICINE; VADIM LERMAN, D.O.; ABHISHEK KUMAR, M.D.; SHIVEINDRA JEYAMOHAN, M.D.; BIG APPLE PAIN MANAGEMENT, P.L.L.C.; RICHARD APPLE, M.D.; NORTH SHORE FAMILY CHIROPRACTIC, P.C.; TODD LAWRENCE LEBSON, D.C.; UNICORN ACUPUNCTURE, P.C.; DEKUN WANG, L.Ac; ENGLINTON MEDICAL, P.C.; SHIARREE EVARISTO, P.T.; ARKADIY SHUSTERMAN, D.O.; COUNTER POINT MEDICAL, P.C.; UPWARD MEDICAL, P.C.; MARK KOSTIN, M.D.; BROOKLYN PREMIER ORTHOPEDICS AND PAIN MANAGEMENT P.L.L.C.; FJ ORTHOPAEDICS AND PAIN MANAGEMENT P.L.L.C.; VAGMIN VORA, M.D.; JONATHAN SIMHAEE, M.D.; STEVEN HOROWITZ, M.D.; BL PAIN MANAGEMENT, P.L.L.C. d/b/a PAIN MANAGEMENT NYC; PAIN PHYSICIANS NY, P.L.L.C.; BOLESLAV KOSHARSKYY, M.D.; ROMAN SHULKIN, M.D.; LEONID REYFMAN, M.D.; MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES, P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS ORTHOPAEDIC SPECIALISTS; KENNETH McCULLOCH-OTERO, M.D.; DAVID R. CAPIOLA, M.D.; GOTHAM NEUROSURGERY, P.L.L.C.; ANDERS COHEN, D.O.; GARDEN STATE ORTHOCARE LLC, d/b/a ORTHOCARE SURGICAL; RANDALL EHRLICH, M.D.; PRECISION PAIN MANAGEMENT, P.C.; and ARI BENJAMIN LERNER M.D.,<br><br>    Defendants. | Case No. 1:25-cv-00300-ENV-RML<br><br>**DECLARATION OF SERVICE** |

**JAMES M. CATTERSON** declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1. I am a member of the Bar of this Court and a partner at Pillsbury Winthrop Shaw Pittman LLP, attorneys for Defendants Liakas Law, P.C., and Dean N. Liakas (hereinafter referred to as "Liakas Law") in this action.

2. On May 9, 2025, I caused to be served a copy of Liakas Law's Letter proposing a joint briefing schedule (Dkt. No. 100) via overnight FedEx on the following individuals and/or entities:

    a. Vadim Lerman, D.O. at 1789 Sheepshead Bay Rd, Brooklyn, New York 11235

    b. Abhishek Kumar, M.D. at 1789 Sheepshead Bay Rd, Brooklyn, New York 11235

    c. Shiveindra Jeyamohan, M.D. at 1789 Sheepshead Bay Rd, Brooklyn, New York 11235

    d. Precision Pain Management, P.C. at 161-10 Jamaica Ave, Ste 301, Jamaica, New York 11432

    e. Ari Benjamin Lerner, M.D. at 25-15 Crescent St, Astoria, New York 11102

3. Attached hereto as **Exhibit A** are true and correct copies of the FedEx delivery confirmations, demonstrating that the FedEx packages were delivered to Vadim Lerman, D.O., Abhishek Kumar, M.D., Shiveindra Jeyamohan, M.D., Precision Pain Management, P.C., and Ari Benjamin Lerner, M.D., on May 12, 2025.

Executed in New York, New York on May 12, 2025.

_____
James M. Catterson

2