

February 11, 2026

**VIA ECF**
Honorable Eric N. Vitaliano, United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:    *Roosevelt Road Re, Ltd. et al. v. Liakas Law, P.C. et al.*; 1:25-cv-00300-ENV-RML

Dear Judge Vitaliano:

Pursuant to the Court's February 4, 2026 Order in this matter, the parties herein met and conferred to discuss their position on a potential consolidation of the motions to dismiss filed in this matter. The parties submit this joint letter pursuant to the Court's request.

The Parties do not oppose consolidation of the pending motions to dismiss for purposes of decision. All motions, oppositions, and replies have been fully submitted, and consolidation would promote efficiency and a consistent resolution of the common threshold issues raised by the pleadings. The Parties respectfully note that each motion raises defendant-specific jurisdictional and substantive arguments, and oppositions thereto, all of which are fully preserved as briefed, and that consolidation should not be construed to require re-briefing or to waive or merge any such arguments or oppositions. The Parties further respectfully request that consolidation not affect any party's right to request or be heard at oral argument on the pending motions.

Respectfully Submitted,

*/s/ William J. Clay*
William J. Clay

cc:    All Counsel of Record (via ECF)

PENNSYLVANIA  I  NEW YORK  I  NEW JERSEY  I  DELAWARE  I  WEST VIRGINIA  I  FLORIDA  I  TEXAS

The Willis Law Group, PLLC  |  1985 Forest Lane, Garland, Texas 75042
(214) 736.9433 – Main  |  (214) 736.9994 - Facsimile
TheWillisLawGroup.com  |  E-Service Address: service@thewillislawgroup.com