**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ROOSEVELT ROAD RE, LTD.; TRADESMAN PROGRAM MANAGERS, LLC; and IONIAN RE, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIAKAS LAW, P.C.; DEAN N. LIAKAS; JOHN DOE NOS. 1-25; XYZ CORPORATION NOS. 1-25; BROOKLYN MEDICAL PRACTICE, P.C.; SAYEEDUS S. SALEHIN, M.D.; ADVANCED ORTHOPEDICS AND JOINT PRESERVATION P.C.; STAN AVSHALUMOV, D.O.; COMMUNITY MEDICAL IMAGING OF BROOKLYN P.C.; ANDREW J. MCDONNELL, M.D.; ORTHOPAEDICS SPINE & SPORTS MEDICINE, LLC, s/d/b/a TOTAL ORTHOPAEDICS & SPORTS MEDICINE; VADIM LERMAN, D.O.; ABHISHEK KUMAR, M.D.; SHIVEINDRA JEYAMOHAN, M.D.; BIG APPLE PAIN MANAGEMENT, P.L.L.C.; RICHARD APPLE, M.D.; NORTH SHORE FAMILY CHIROPRACTIC, P.C.; TODD LAWRENCE LEBSON, D.C.; UNICORN ACUPUNCTURE, P.C.; DEKUN WANG, L.Ac; ENGLINTON MEDICAL, P.C.; SHIARREE EVARISTO, P.T.; ARKADIY SHUSTERMAN, D.O.; COUNTER POINT MEDICAL, P.C.; UPWARD MEDICAL, P.C.; MARK KOSTIN, M.D.; BROOKLYN PREMIER ORTHOPEDICS AND PAIN MANAGEMENT P.L.L.C.; FJ ORTHOPAEDICS AND PAIN MANAGEMENT P.L.L.C.; VAGMIN VORA, M.D.; JONATHAN SIMHAEE, M.D.; STEVEN HOROWITZ, M.D.; BL PAIN MANAGEMENT, P.L.L.C. d/b/a PAIN MANAGEMENT NYC; PAIN PHYSICIANS NY, P.L.L.C.; BOLESLAV KOSHARSKYY, M.D.; ROMAN SHULKIN, M.D.; LEONID REYFMAN, M.D.; MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES, P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS ORTHOPAEDIC SPECIALISTS; KENNETH McCULLOCH-OTERO, M.D.; DAVID R. CAPIOLA, M.D.; GOTHAM NEUROSURGERY, P.L.L.C.; ANDERS COHEN, D.O.; GARDEN STATE ORTHOCARE LLC, d/b/a ORTHOCARE SURGICAL; RANDALL EHRLICH, M.D.; PRECISION PAIN MANAGEMENT, P.C.; and ARI BENJAMIN LERNER M.D.,<br><br>        Defendants. | Case No. 1:25-cv-00300-ENV-RML<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS LIAKAS LAW, P.C. AND DEAN N. LIAKAS' NOTICE OF**
**MOTION FOR SANCTIONS**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Declaration of Brianna S. Walsh and the exhibits attached thereto, and Declaration of Dean N. Liakas and the exhibits attached thereto, Defendants Liakas Law, P.C. and Dean N. Liakas (hereinafter collectively referred to as "Liakas Law"), by their counsel, Pillsbury Winthrop Shaw Pittman LLP, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 11 ("Rule 11"), before the Honorable Eric N. Vitaliano, United States District Judge for the Southern District of New York, at 500 Pearl St., New York 10007, on a date and time to be set by this Court, for an order:

    a)  imposing monetary sanctions against Roosevelt Road Re, Ltd., Tradesman Program Managers, LLC, Ionian Re, LLC (hereinafter collectively referred to as "Plaintiffs"), and The Willis Law Group PLLC (hereinafter referred to as "Willis Law") jointly and severally under Rule 11 and the Court's inherent power;

    b)  imposing non-monetary sanctions against Plaintiffs and Willis Law under Rule 11 that the Court deems just and proper;

    c)  imposing terminal sanctions against Plaintiffs and Willis Law by dismissing this case under the Court's inherent power;

    d)  requiring Willis Law to pay Liakas Law's attorneys' fees and costs under 28 U.S.C. § 1927; and

    e)  awarding any other further relief as the Court deems just and proper.

Dated:  March 23, 2026
         New York, New York

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By:_____
James M. Catterson
Brianna S. Walsh
31 West 52nd Street
New York, NY 10019-6131
Phone: 212.858.1000
Fax:    212.858.1500
james.catterson@pillsburylaw.com
brianna.walsh@pillsburylaw.com

*Attorneys for Defendants Liakas Law, P.C.
and Dean N. Liakas*